ments of the City of New York. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 960 FIFTH AVENUE CORPORATION v. JAMES J. SEXTON and Others, Commissioners of Taxes and Assessments of the City of New York. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 960 FIFTH AVENUE CORPORATION v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 960 FIFTH AVENUE CORPORATION v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [See 254 App. Div. 848.]

In the Matter of Supplementary Proceedings: THE BANK OF UNITED STATES v. ISIDOR H. PANKIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.; Cohn, J., taking no part.

In the Matter of the Application of the GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc., of EDNA B. MOORE, Otherwise Known as EDNA B. TWEEDY, Deceased, for a Decree Determining the Validity and Effect of a Certain Election by RAYMOND W. MOORE, to Take an Intestate Share against the Provisions of Said Will under Section 18 of the Decedent Estate Law. RAYMOND W. MOORE. GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc. ALICE T. CRUNDEN. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of PELAGIE SCHOONMAKER, Deceased. MATHIEU FRERE and Others. JAMES F. EGAN, Public Administrator of the County of New York, and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SOL WEISMAN v. PEARL WEISMAN.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

JOHN L. DUDLEY v. MEYSON HOLDING CORPORATION.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

IRVING SCHLEIFER and Others v. JOSEPH BASSON, as President of the Moving Picture Machine Operators' Union of Greater New York, Local 306, etc., and HARRY SHERMAN, Individually.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore and Cohn, JJ.

MAURICE GINSBURG v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.

CLARA GOLDSTEIN, as Executrix, etc., of ISRAEL GOLDSTEIN, Deceased, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Dore and Cohn, JJ.

IRVING SCHLEIFER and Others v. JOSEPH BASSON, as President of the Moving Picture Machine Operators' Union of Greater New York, Local 306, etc., and HARRY SHERMAN, Individually.— Motion for leave to appeal to the Court of

Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore and Cohn, JJ.

RADLOG REALTY CORPORATION v. SOPHIE GEIGER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the GENERAL INDEMNITY CORPORATION OF AMERICA. Claim of: OWEN B. HUNT and Others. Claim No. D-166.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY COUGHLIN, an Infant, by JOHN COUGHLIN, Her Guardian ad Litem, and JOHN COUGHLIN v. WILLIAM J. JONES.— Motion denied and stay vacated. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of JOHN C. HOENNINGER, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of MARTIN FRIEDMAN, an Attorney.— Reference ordered. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of MARTIN FRIEDMAN, an Attorney.— Motion denied. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

### (June 6, 1938.)

In the Matter of the Application of WATERMAN STEAMSHIP CORPORATION against Hon. RICHARD P. LYDON, Individually, etc., and Others.*— Motion for an order of prohibition denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [Affd. 278 N. Y. 723.]

### (October 25, 1938.)

BANK OF NEW YORK AND TRUST COMPANY and Others, as Committee of the Property of FRANK HALL, an Incompetent Person, Respondents, v. CHARLES V. SNEDEKER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [See ante, p. 772.]

In the Matter of the Application of CHARLES A. LORETO for an Order to Invalidate and Declare Null and Void a Designating Petition Filed by or on Behalf of DENIS R. SHEIL Designating Him as a Candidate for Nomination by the Democratic Party for Justice of the Municipal Court of the City of New York, Borough of Bronx, First District, and Directing the Respondents Herein Constituting the Board of Elections in the City of New York to Strike Out and Refrain from Printing in the Ballots for the Next Primary Election the Name of Said Designee. CHARLES A. LORETO, Appellant. S. HOWARD COHEN and Others, etc., and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [See ante, p. 773.]